UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CYNTHIA BRYANT

VERSUS

WAL-MART STORES, INC.

CIVIL ACTION

NO. 10-419-BAJ-CN

## RULING

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 26, 2010, to which no objection has been filed, hereby approves the report and recommendations of the magistrate judge and adopts it as the Court's opinion herein:

Accordingly, the motion to remand, filed by plaintiff, Cynthia Bryant, (doc. 5) is hereby **GRANTED** and this matter shall be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, October _18_, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA